> Motion GRANTED. The initial case management conference is reset for 8/12/2024 at 2:30 p.m.
>
> /s/ Aleta A. Trauger

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CHONTEL BRIDGEMAN,** | ) |
| **Plaintiff,** | ) Case No. 3:24-cv-00183 |
| v. | ) |
| | ) Judge Aleta Trauger |
| **WESTERN GOVERNORS UNIVERSITY,** | ) |
| **Defendant.** | ) |

## UNOPPOSED MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

Defendant, Western Governors University, and Plaintiff, Chontel Bridgeman, by and through their undersigned counsel, move this Court to continue the Initial Case Management Conference currently scheduled for July 8, 2024 (D.E. 6), to August 12, 2024. As grounds, Defendant's counsel states that she will be out of the country and unavailable from June 30, 2024, through July 12, 2024. Defendant has conferred with opposing counsel on this matter, who does not oppose this request, and confirmed that August 12, 2024, is available for them as well. Defendant thanks the Court for its consideration of this Motion.

WHEREFORE, Defendant respectfully requests that its Unopposed Motion to Continue the Initial Case Management Conference be granted and that it be rescheduled for August 12, 2024.

Respectfully submitted this 3rd day of June, 2024.

/s/ *Jennifer S. Rusie*
Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
**JACKSON LEWIS, P.C.**
611 Commerce Street, Suite 2803
Nashville, TN 37203
Phone: 615-565-1664
***Attorney for Defendant***