> Motion GRANTED. Extensions as requested.
> *[signature]*

# IN THE U.S. DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

**CHONTEL BRIDGEMAN,**

    **PLAINTIFF,**

v.                                        Case No. 3:24-cv-00183

**WESTERN GOVERNORS UNIVERSITY,**

    **DEFENDANT.**

## JOINT MOTION FOR EXTENSION OF TIME

    Defendant, Western Governors University ("Defendant" or "WGU") and Plaintiff, Chontel Bridgeman ("Plaintiff"), respectfully request that the deadline to complete all written discovery and depose all fact witnesses be extended from April 30, 2025 to June 6, 2025.

    This extension is not being sought for purposes of delay. The Parties have conferred regarding this motion and agree that such an extension would not prejudice either party and an extension of the deadline to complete all written discovery and depose all fact witnesses would not impact the trial date or other deadlines in this case.

    For the foregoing reasons, and for good cause shown, the parties respectfully request that their motion be granted, and this Court grant the Parties' request to extend the discovery deadline.

    Respectfully submitted this 18th day of April 2025.